**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7974**

In Re:    DONALD RAY BARBER,

Petitioner.

On Petition for Writ of Mandamus.   (No. 3:00-cv-0198)

Submitted:  September 12, 2007      Decided:  September 20, 2007

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Donald Ray Barber, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Barber petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his pending motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has taken the action sought by Barber. Accordingly, because the district court has recently decided Barber's case, we deny the mandamus petition as moot. We grant Barber's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED